# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>Kevin Noe CAMPOS Villa,<br><br>Defendant. | Magistrate Docket No. **24mj0229**<br><br>COMPLAINT FOR VIOLATION OF:<br>Title 8, U.S.C. § 1324(a)(2)(B)(iii)<br>Bringing In Illegal Aliens Without Presentation |

The undersigned complainant being, duly sworn, states:

On or about January 22, 2024, within the Southern District of California, defendant, Kevin Noe CAMPOS Villa, knowingly or in reckless disregard of the fact that certain aliens, namely, Edgar Ulises CRUZ Cervantes, Jesus Arturo CRUZ-Lopez, and Magali RODRIGUEZ-Flores , had not received prior official authorization to come to, enter and reside in the United States, did bring to the United States said aliens and upon arrival did not bring and present said aliens immediately to an appropriate immigration officer at a designated port of entry; in violation of Title 8, United States Code, Section 1324(a)(2)(B)(iii).

And the complainant further states that this complaint is based on the attached probable cause statement, which is incorporated herein by reference.

_____
SIGNATURE OF COMPLAINANT
Jesse Bojorquez
Border Patrol Agent

SWORN AND ATTESTED TO UNDER OATH BY TELEPHONE, IN ACCORDANCE WITH FEDERAL RULE OF CRIMINAL PROCEDURE 4.1, ON JANUARY 23, 2024.

_____
HON. BARBARA L. MAJOR
United States Magistrate Judge

CONTINUATION OF COMPLAINT:
Kevin Noe CAMPOS VILLA

## PROBABLE CAUSE STATEMENT

The complainant states that Edgar Ulises CRUZ Cervantes, Jesus Arturo CRUZ-Lopez, and Magali RODRIGUEZ-Flores, are citizens of a country other than the United States; that said aliens have admitted that they are deportable; that their testimony is material, that it is impracticable to secure their attendance at the trial by subpoena; and they are material witnesses in relation to this criminal charge and should be held or admitted to bail pursuant to Title 18, United States Code, Section 3144.

On January 22, 2024, Border Patrol Agent J. Pferdekamper was performing his assigned duties in the Imperial Beach Border Patrol Station's area of responsibility. Agent Pferdekamper was wearing his full rough duty uniform with agency badge and insignia visible.

At approximately 6:50 AM, Agent Pferdekamper was advised, by the off-going shift agents, that a group of approximately seven individuals had entered the United States through an area known to Border Patrol Agents as "Stewarts Bridge". This area has grates to prevent individuals from illegally entering the United States via the drainage tubes that go from Mexico to the United States. During heavy rain, the grates are opened to let water flow through the drainage tubes without damaging the grates. Due to heavy rain that was occurring in the area, the grates were open at the time the individuals entered the United States. The agents from the off going shift advised that the individuals had not been located and were still outstanding in an area known to Border Patrol Agents as the "Dairy Mart Bridge". At approximately 7:15 AM, Agent Pferdekamper responded to the area and began to search for the individuals. Agent Pferdekamper observed shoe prints for what appeared to be a large group of individuals. At approximately 7:55 AM, Agent Pferdekamper observed approximately seven to eight individuals. Several individuals absconded west toward "Dairy Mart Bridge". Agent Pferdekamper then identified himself as a United States Border Patrol Agent and was able to detain four individuals, to include material witnesses, Jesus Arturo CRUZ Lopez and Magail RODRIGUEZ Flores. This area is approximately two miles west of the San Ysidro Port of Entry and approximately one mile north of the United States/Mexico International Boundary. Agent Pferdekamper initiated an immigration inspection of CRUZ, RODRIGUEZ, and the other two individuals. All stated they were citizens of Mexico without any documentation allowing them to enter or remain in the United States legally. At approximately 8:00 AM, Agent Pferdekamper placed all four individuals under arrest. Due to the heavy rain, Agent Pferdekamper was unable to arrange transportation. San Diego Lifeguard River Rescue was requested to assist in safely extracting the four individuals and Agent Pferdekamper from the area.

CONTINUATION OF COMPLAINT:
Kevin Noe CAMPOS VILLA

At approximately 9:20 AM, Border Patrol Agent P. Leyva observed a group of individuals, near the general area where Agent Pferdekamper observed the previous four individuals abscond. Due to the rising water levels, two of the subjects came out of the vegetation and requested to be rescued. San Diego Lifeguard River Rescue then responded to the area. While the lifeguards were bringing the two individuals to a safe area, an additional two individuals came out of the vegetation and requested to be rescued. All four individuals, to include defendant, Kevin Noe CAMPOS Villa and material witness, Edgar Ulises CRUZ Cervantes, were successfully rescued by the San Diego Lifeguard River Rescue. Due to the inclement weather, CAMPOS, CRUZ, and the other two individuals were transported the Imperial Beach Border Patrol Station.

During post arrest interviews of RODRIGUEZ and CRUZ Lopez, conducted by Border Patrol Agent E. Solano, it was identified that CAMPOS was guiding the group. At approximately 12:33 PM, Agent Solano conducted an interview with CAMPOS under oath and advised him that he was being charged with a federal crime. At approximately 2:00 PM, Agent Pferdekamper conducted an immigration inspection of CAMPOS, CRUZ Cervantes, and the other two individuals in the group. All four, to include CAMPOS and CRUZ Cervantes, stated they were citizens of Mexico without proper documentation to enter or remain in the United States. At approximately 2:15 PM, Agent Pferdekamper advised the group they were under arrest.

Defendant, Kevin Noe CAMPOS Villa, was read his Miranda Rights and agreed to speak and answer questions without an attorney present. CAMPOS stated that he has been working for smugglers by building ladders to smuggle illegal aliens across the United States/Mexico international border fence. CAMPOS stated that he agreed to guide the group in today's event, in exchange he would have his smuggling fee reduced to $6,000 USD. CAMPOS stated that he was to guide the group from the primary fence all the way to an area known to Border Patrol Agents as Dairy Mart bridge and wait until a suburban vehicle arrived to pick them up. CAMPOS admitted that upon being encountered by Border Patrol Agents, he and three of the subjects he was guiding ran away to avoid apprehension and fell into the Tijuana River. CAMPOS stated that they had to be rescued.

Material witnesses Edgar Ulises CRUZ Cervantes, Jesus Arturo CRUZ-Lopez, and Magali RODRIGUEZ-Flores stated that they are citizens of Mexico without the proper documents allowing them to enter or remain in the United States legally. CRUZ Cervantes, CRUZ-Lopez,

## CONTINUATION OF COMPLAINT:
## Kevin Noe CAMPOS VILLA

and RODRIGUEZ stated that smuggling arrangement were made prior to crossing into the United States. CRUZ Cervantes and CRUZ-Lopez stated that they were paying a smuggling fee of approximately $7,500 USD if successfully smuggled into the United States. RODRIGUEZ stated she did not know how much she was being charged.

CRUZ Cervantes, CRUZ-Lopez, and RODRIGUEZ stated that they were guided by the foot guide identified as the defendant Kevin Noe CAMPOS Villa. CRUZ Cervantes, CRUZ-Lopez, and RODRIGUEZ stated that CAMPOS was giving them instructions as they were crossing into the United States. CRUZ Cervantes and CRUZ-Lopez stated that they feared for their lives when crossing the river because they do not know how to swim and had to be rescued. CRUZ - Lopez stated that he was swept away by the rivers current and was able to grasp onto a tree branch, thus saving his life.

CRUZ Cervantes, CRUZ-Lopez, and RODRIGUEZ were each shown photographic lineups and were able to identify the defendant Kevin Noe CAMPOS Villa as the foot guide.